JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKA BREW, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMEGOODS, INC., a Delaware corporation; THE TJX COMPANIES, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: EDCV 20-504-MWF (SHKx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

    Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

    1.    All claims in the above-captioned action are dismissed in their entirety with prejudice; and

    2.    Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 14, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge